UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MANUEL BARRERAS-RODRIGUEZ (4),<br><br>    Defendant. | CASE NO.09CR2547-DMS<br><br>ORDER CONTINUING HEARING ON REPORT OF PROBATION OFFICER AND SENTENCING<br><br>Date: June 11, 2010<br>Time: 9:00 a.m. |

   Good cause having been shown and upon agreement of the parties, it is hereby ordered that the hearing on the report of the probation officer and imposition of sentence in the above case be continued from June 11, 2010, to July 30, 2010, at 9:00 a.m.  The defendant, Manuel Barreras-Rodriguez, is in custody.  The court finds the time between now and the court's acceptance of the defendant's plea and imposition of sentence to be excludable under the Speedy Trial Act.

Date: 6-3-10                    _____
                                UNITED STATES DISTRICT COURT JUDGE

1